No. 84–1023. UNITED STATES *v.* ROJAS-CONTRERAS. C. A. 9th Cir. [Certiorari granted, 469 U. S. 1207.] Motion for ap-

pointment of counsel granted, and it is ordered that Judy Clare Clarke, of San Diego, Cal., be appointed to serve as counsel for respondent in this case.